UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| DAVID W.G., | Case No. 19-CV-2007 (NEB/ECW) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| ANDREW M. SAUL, Commissioner of Social Security | |
| Defendant. | |

---

The Court has received the January 25, 2021 Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright. (ECF No. 32.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 32) is ACCEPTED;

2. Plaintiff David W.G.'s Motion for Summary Judgment (ECF No. 22) is DENIED; and

3. Defendant Commissioner of Social Security Andrew Saul's Motion for

Summary Judgment (ECF No. 27) is GRANTED.

Dated: February 19, 2021 BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge